IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON LEE REACH | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 11-2986 |

## O R D E R

AND NOW, this 17th day of October, 2012, upon consideration of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED; and

3. This matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

                                             *s/Thomas N. O'Neill, Jr.*
                                             THOMAS N. O'NEILL, JR.,     J.